**UNITED STATES of America, Appellee**

v.

**Clarence E. BAKER, Jr., also known as Clarence E. Baker, Jr., Appellant**

**No. 16-3095**
**September Term, 2016**

United States Court of Appeals, District of Columbia Circuit.

Filed: 11/28/2016

Elizabeth Trosman, Esquire, Assistant U.S. Attorney, USAO Appellate Counsel,

U.S. Attorney's Office (USA), Appellate Division, Washington, DC, for Plaintiff-Appellee.

Mary E. Davis, Davis & Davis, Washington, DC, for Defendant–Appellant.

## ORDER

Upon consideration of appellant's motion to dismiss appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 34-35 (2016).

The Clerk is directed to issue the mandate forthwith.